**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS

RECEIVED
2/5/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kirk Reeves,
**Plaintiff**,

BC

MAM

v.

DOLLAR GENERAL CORPORATION;
DG RETAIL, LLC;
**Defendant**.

1:26-cv-01451
Judge Martha M. Pacold
Magistrate Judge Daniel P. McLaughlin
RANDOM / Cat. 1

**Case No.:** ____________________

# COMPLAINT FOR ABUSE OF PROCESS

**Plaintiff**, Kirk Reeves(“Plaintiff”) brings this Complaint against DOLLAR GENERAL CORPORATION and DG RETAIL, LLC and alleges as follows:

## I. PARTIES

1. **Plaintiff**, Kirk Reeves is an adult resident of the State of Illinois.

2. **Defendant,** DOLLAR GENERAL CORPORATION is a corporation responsible for initiating or using legal or administrative processes in a manner inconsistent with their proper purpose.

3. **Defendant,** DG RETAIL, LLC is a limited liability company responsible for initiating or using legal or administrative processes in a manner inconsistent with their proper purpose.

4. Defendants are subject to suit in this court.

## II. JURISDICTION AND VENUE

5. This Court has jurisdiction under **28 U.S.C. § 1332** because the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. **Plaintiff** is a citizen of Illinois.

7. **Defendant** is a citizen of State of Tennessee.

8. Venue is proper in this District under **28 U.S.C. § 1391** because a substantial part of the events giving rise to this action occurred within this District.

## III. STATEMENT OF FACTS

9. **Plaintiff** incorporates the preceding paragraphs as though fully set forth herein.

10. On or about December 27, 2024, Defendant initiated or used a legal or administrative process involving Plaintiff.

11. The process was initiated or used for a purpose other than that for which the process was designed.

12. Defendant's actions were not aligned with the proper function of the process and were inconsistent with procedural norms.

13. Defendant's use of the process caused Plaintiff to incur unnecessary burdens, including time, resources, and emotional strain.

14. Defendant's conduct resulted in reputational harm and disruption to Plaintiff's personal and professional life.

15. Plaintiff was required to respond to or defend against the improper use of process, causing measurable harm.

16. Defendant acted with knowledge that the process was being used improperly or for an ulterior purpose.

17. As a direct and proximate result of Defendant's conduct, Plaintiff suffered damages.

## IV. CLAIM FOR RELIEF — ABUSE OF PROCESS

18. Plaintiff incorporates all preceding paragraphs.

19. Defendant had a duty to use legal and administrative processes properly and in good faith.

20. Defendant breached that duty by using the process for an improper purpose or in a manner inconsistent with its intended function.

21. Defendant's misuse of process was willful, intentional, or reckless.

22. Defendant's conduct caused Plaintiff to suffer economic damages, emotional distress, reputational harm, and other compensable injuries.

23. Plaintiff is entitled to recover damages resulting from Defendant's misuse of process.

## V. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment in his favor and award:

A. Compensatory damages in an amount to be determined at trial.

B. Damages for emotional distress and reputational harm.
C. Costs of suit.
D. Any other relief the Court deems just and proper.

Respectfully submitted,
/s/Kirk Reeves
Kirk Reeves
Cook County, Illinois

**CERTIFICATE OF SERVICE**

I certify that on January 5, 2026, I submitted the foregoing Civil Complaint to the Clerk of Court

through the United States District Court's Online Electronic Submission Portal. Upon acceptance and docketing of this filing, the Court's CM/ECF electronic filing system will automatically serve notice of this filing on all registered parties and counsel of record. Such service constitutes proper service under Federal Rule of Civil Procedure 5(b)(2)(E).

Respectfully submitted,
/s/ Kirk J. Reeves
Kirk J. Reeves

# CIVIL COMPLAINT

**PLAINTIFF:** Kirk Reeves

**CASE NO.:** NEW CASE

**JUDGE:** NEW CASE

**DEFENDANTS:** DOLLAR GENERAL CORPORATION
DG RETAIL, LLC

**DOCUMENT TYPE:** NEW CIVIL COMPLAINT

**DATE SUBMITTED:** February 5, 2026

For accurate docketing by the Clerk.