BC

FILED
2/5/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAM

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Kirk Reeves
(full name of plaintiff or petitioner)

vs.

DOLLAR GENERAL CORP. et al.
(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT (NON-PRISONER CASE)**

Case number: 1:26-cv-01451
Judge Martha M. Pacold
Magistrate Judge Daniel P. McLaughlin
RANDOM / Cat. 1

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

- [x] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)
- [ ] to request an attorney

1. *Are you employed?*
   - [ ] Yes  Name and address of employer: ____
     Total amount of monthly take-home pay: ____
   - [x] No  Date(s) of last employment: July 2025  Last monthly take-home pay: 1200.00
2. *If married, is your spouse employed?* [x] Not married
   - [ ] Yes  Name and address of spouse's employer: ____
     Total amount of spouse's monthly take-home pay: ____
   - [ ] No  Date(s) of spouse's last employment:  Spouse's last monthly take-home pay:
3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

| | (*list the 12-month total for each*) |
|---|---|
| Self-employment, business, or profession: | $ 0 |
| Income from interest or dividends: | $ 0 |
| Income from rent payments: | $ 0 |
| Pensions, annuities, or life insurance: | $ 0 |
| Disability or worker's compensation: | $ 0 |
| Gifts (including deposits into any accounts in your name): | $ 0 |
| Unemployment, public assistance, or welfare: | $ 0 |
| Settlements or judgments (include any that are expected): | $ 0 |
| **Any other source of money**: | $ 0 |



Rev. 2/2020

4. *Cash and bank accounts:* Do you and/or your spouse have any money in cash or in a checking or savings account? ☐ Yes ☑ No If yes, how much? ______________

5. *Other assets:* Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☑ Yes ☐ No

   If yes, list each item of property and state its approximate value:
   One vehicle (currently held as evidence in an active federal civil case, im the Plaintiff). No other asse
   Vehicle has frame damage and is being held as evidence, no resale value.

6. *Dependents:* Is anyone dependent on you and/or your spouse for support? ☐ Yes ☑ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

7. *Debts and financial obligations:* List any amounts you owe to others:
   Ongoing filing and litigation-related expenses in other active federal civil cases. Phone service,
   hygiene, clothing, transportation.

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney:*
   Full-time caregiver for my disabled father and cannot work outside the home.

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 01/26/2026

/s/ Kirk Reeves
*Applicant's signature*

Kirk Reeves
*Printed name*