# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Kirk Reeves

Plaintiff(s),

v.

Dollar General Corporation and DG Retail, LLC

Defendant(s).

Case No. 26-cv-01451
Judge Martha M. Pacold

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☑ other: This case is dismissed for lack of subject matter jurisdiction. Judgment is entered in favor of Defendants Dollar General Corporation and DG Retail, LLC and against Plaintiff Kirk Reeves.

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☑ decided by Judge Martha M. Pacold on a motion

Date: 4/8/2026

Thomas G. Bruton, Clerk of Court

Lauren Knight , Deputy Clerk